UN #4

## Proposed Items for Continuous Operations
### Update 4/28/04

Schedules

1. One schedule for entire facility based on the four schedule options provided.
2. Need to know how union would like to select a schedule.
   Who votes? All employees plantwide
   When? TBD for 2004
3. Schedule may be voted on every year in November based on employee interest. Realign every January for the following 12 months.
4. We currently plan to provide employees with 60 days notice prior to implementation of the continuous operations schedule. In addition, the company would attempt to provide a 60 day notice if we decided to go back to the traditional 5 day schedule.
5. Latest expected start date is Tuesday, September 7, 2004.

**Exhibit 6**

-95-

Hours of Work
1. Time and one half after 12 hour day for PACE and GCIU.
2. Time and one half after 36 hour week for PACE and 40 hour week in GCIU.
3. Time and one half pay is received for work on Sundays for employees on continuous operations.

Sick Calls
1. Separate business units will cover their own daily vacancies first.
2. Employees who are scheduled off may be called in or scheduled to work.
3. For immediate openings, the company will contact people using a volunteer "call-me" list first. If no employees are interested in coming in from the continuous operations schedule, then employees from the 5 day schedule will be asked/scheduled to work to cover the opening.
4. In addition, the company will attempt to cover long term vacancies of a week or longer by moving an employee from the 5 day schedule to the continuous schedule.
5. Employees on the continuous ops schedule will not be called at home and forced to come in on their day off. Employees on the continuous ops schedule however may be scheduled to come in on their day off.

Funeral Leave
1. Separate business units will cover their own vacancies first.
2. For immediate openings, the company will contact people using a volunteer "call-me" list first. If no employees are interested in coming in from the continuous operations schedule, then employees from the 5 day schedule will be asked/scheduled to work to cover the opening.
3. Associates on the continuous operations schedule will be reimbursed 12 hours pay per day (based on contractual limits) for lost wages. The consecutive days off must include the day of the funeral.
4. If an employee is scheduled off during the time of the funeral, the employee may not qualify for funeral pay. An employee could receive anywhere between 0 and 36 hours of funeral pay depending on their schedule. Ultimately, the day of the funeral needs to be included in the days that are scheduled.
5. GCIU limits pay to 2 days on continuous ops. (0 – 24 hours pay)
6. PACE allows 3 days or 1 day wage loss reimbursement for continuous operations. (0 – 36 hours pay)

Overtime Agreements
1. Overtime agreements will be documented not only for each department but also for each schedule.
2. Sign up sheets for voluntary overtime will be posted two weeks in advance for all known vacancies. Associates will be notified via the normal weekly schedule unless the vacancy occurs after the schedule has already been posted. Department overtime agreements will provide guidelines for employee selection.
3. On a trial basis, employees interested in only working six hours of a twelve hour shift will be allowed to find a partner to cover the other half of the shift.

Attendance Program
   1. No changes will be made to the attendance program at this time.

Supervision
1. Menasha plans to continue operating with department specific supervisors and with the printing supervisors working the continuous operations schedule. The printing supervisors would be responsible for overseeing the continuous operations employees on Saturday and Sunday throughout the entire facility.

## Proposed Staffing for Continuous Operations – DRAFT 04/28/04

### Printing
2 presses continuous and 3 presses on 5 day ops
3 people per press, 4 shifts to cover 24/7
12 people to run one press on continuous
24 people to run two presses on continuous

3 people per press, 3 shifts to cover 5 days ops
9 people to run one press on 5 day ops
27 people to run three presses on 5 day ops

27 + 24 = 51
= 51 "Feeders/2nd Pressman/1st Pressman"

Utility(Joe) + Ink blending(Hipp)
= 2

### Leadmen
1 per shift on continuous operations = 1 * 4 = 4
Leadman to cover ink/utility on S/S
= 4 leadmen

### Pool
4 on Continuous Ops
= 4 in the pool

Required Staffing  = 61            Current Staffing  = 56         Add 5

### Supervision
4 Shift Supervisors on Continuous Ops
Pressroom coverage only M-F, plantwide coverage S/S

### Vacation
5 day ops – three off per week with an additional two off during June, July, and August.
Only two associates per classification will be allowed off at one time.
Continuous ops – one off per shift each week.